**Vincent S. Wong, Esq. (VW9016)**
**Law Offices of Vincent S. Wong**
39 East Broadway, Suite 306
New York, NY 10002
T: (212) 349-6099
F: (212) 349-6599
*Attorneys for the Defendants*
*AKAMI INC. d/b/a AKAMI SUSHI*
*and d/b/a AKITA SUSHI,*
*LIANG JIN ZHUO,*
*YUAN HONG CHEN a/k/a ANDY CHEN,*
*and JANE DOE*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

YAHUI ZHANG on behalf of himself and others similarly situated

           Plaintiffs,

-against-

AKAMI INC.
d/b/a AKAMI SUSHI and
d/b/a AKITA SUSHI,
YUAN HONG CHEN a/k/a ANDY CHEN
LIANG JIN ZHUO, and JANE DOE

           Defendants
-------------------------------------------------------------------x

Docket No: 15-CV-4946

**Defendants**
**Motion for**
**Summary Judgment**

PLEASE TAKE NOTICE that, upon the declarations of Defendants and VINCENT WONG, the exhibits attached thereto, Defendants' Local Rule 56.1 Statement, and the accompanying memorandum of law, Defendants will move this Court, at a date and time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment to Defendants AKAMI INC. d/b/a AKAMI SUSHI and d/b/a AKITA SUSHI, LIANG JIN ZHUO, YUAN HONG CHEN a/k/a ANDY CHEN and JANE DOE (collectively, "Defendants") dismissing all claims against Defendants, together with such further relief as the Court deems proper.

Dated: New York, NY
      September 7, 2018

                                       */s/ Vincent S Wong*
                                       Vincent S. Wong, Esq. (VW9016)
                                       Law Offices of Vincent S. Wong

                                        39 East Broadway, Suite 306  
                                        New York, NY 10002  
                                        P: (212) 349-6099

To:  
Troy Law, PLLC,.  
***Attorneys for the Plaintiff***