```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 9/26/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YAHUI ZHANG, Individually and on behalf of
Those similarly situated,

                Plaintiff,

-against-

AKAMI, d/b/a AKAMI SUSHI, et al.,
                Defendant.
------------------------------------------------------------X

15 **CIVIL** 4946 (VSB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 25, 2019, Defendants' motion for summary judgment is granted; judgment is entered in favor of Defendant; accordingly, this case is closed.

**Dated:** New York, New York
        September 26, 2019

                                                RUBY J. KRAJICK
                                                Clerk of Court
                                        BY:
                                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 9/26/2019